1  MORGAN, LEWIS & BOCKIUS LLP
   CHRISTOPHER J. BANKS (SBN 218779)
2  cbanks@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1596
   Tel:  415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
6
   THE ECLIPSE GROUP LLP
7  EDWARD F. O'CONNOR (SBN 213398)
   efo@eclipsegrp.com
8  2020 Main Street, Suite 600
   Irvine, CA 92614
9  Tel:  619.239.4340
   Fax: 619.239.0116
10
   Attorneys for Defendants
11 Ninestar Image Tech Limited et al.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        (SAN FRANCISCO)

16

| | |
|---|---|
| 17  HEWLETT-PACKARD COMPANY, | Case No. 4:14-cv-04473-RS |
| 18  Plaintiff, | Before Judge Richard Seeborg |
| 19  v. | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| 20  NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY CO., LTD., and APEX MICROELECTRONICS CO., LTD., | |
| 21 | |
| 22  Defendants. | Complaint served:    October 15, 2014<br>Current response due: January 15, 2015<br>New response due:    February 3, 2015 |

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

1   On November 4, 2014 the parties stipulated to allow defendants until January 15, 2015 to
2   file an answer. [Doc. No. 10].
3   The initial case management conference, which was previously scheduled for January 6,
4   2015 [Dkt. No. 7], is currently scheduled for February 12, 2015 due to reassignment of this action
5   from Magistrate Judge Kandis A. Westmore to Judge Richard Seeborg [Dkt. Nos. 13 and 14].
6   Because the parties have been involved in discussions to explore possible amicable
7   resolution of this matter, the parties agree that there should be a further extension of time for
8   filing an answer or other pleading in response to the complaint until February 3, 2015.
9   The parties also agree that the initial case management conference should be continued for
10  at least one month from its presently scheduled date of February 12, 2015, to March 19, 2015.
11  Accordingly, pursuant to Local Civil Rule 6-1, the parties stipulate, and request an order
12  from this Court, that defendants be given an extension of time until February 3, 2015 for
13  responding to the complaint, and that the initial case management conference be continued by
14  approximately one month, until March 19, 2015 at 10:00 a.m. (or 11:00 a.m. if any party files a
15  request to appear by telephone), or such other time as the Court deems appropriate.  All other
16  deadlines associated with the date to respond to the complaint and the initial case management
17  conference will be adjusted accordingly.
18  IT IS SO STIPULATED.

Dated:  January 12, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By:___/s/ Christopher Banks_____
    Christopher Banks, Esq.
    Attorneys for Plaintiff

**THE ECLIPSE GROUP, LLP** Dated:  January 12, 2015

By:___/s/ Edward F. O'Connor_____
    Edward F. O'Connor, Esq.
    Attorneys for Defendants

2   STIPULATION TO EXTEND TIME FOR
    DEFENDANTS TO RESPOND TO
    COMPLAINT AND CONTINUE INITIAL
    CASE MANAGEMENT CONFERENCE
    **CASE NO. 4:14-CV-04473-RS**

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  January 12, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher Banks*
    Christopher Banks, Esq.
    Attorneys for Plaintiff

# [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation submitted pursuant to Local Civil Rule 6-1, the Court hereby grants the stipulated request to extend the deadline for defendants to respond to the complaint to February 3, 2015. Further, the Court hereby grants the stipulated request to extend the deadline for the initial case management conference by one month, to March 19, 2015, at 10:00 a.m. (or 11:00 a.m. if any party files a request to appear by telephone). All other deadlines associated with the date to respond to the complaint and the initial case management conference are adjusted accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/12/15     By: _____
                      The Honorable Richard Seeborg