MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER J. BANKS (SBN 218779)
cbanks@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:  415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

THE ECLIPSE GROUP LLP
EDWARD F. O'CONNOR (SBN 213398)
efo@eclipsegrp.com
2020 Main Street, Suite 600
Irvine, CA 92614
Tel:  619.239.4340
Fax: 619.239.0116

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY CO., LTD., and APEX MICROELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 4:14-cv-04473-RS<br><br>Before Judge Richard Seeborg<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Complaint served:      October 15, 2014<br>Current response due: February 3, 2015<br>New response due:      March 5, 2015 |

1

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

1    On November 4, 2014 the parties stipulated to allow defendants until January 15, 2015 to

2    respond to the complaint. [Doc. No. 10].

3    Subsequently, the parties began discussions to explore possible amicable resolution of this

4    matter, and, in light of those discussions, filed a second stipulation, which the Court approved,

5    extending the date for defendants to respond to the complaint to February 3, 2015, rescheduling

6    the initial case management conference to March 19, 2015, and adjusting all other associated case

7    deadlines accordingly.  [Dkt. No. 16]

8    Because the parties have made further progress in their discussions regarding possible

9    amicable resolution of this matter, the parties agree that there should be a further extension of

10   approximately thirty (30) days for defendants to file an answer or other pleading in response to

11   the complaint, to March 5, 2015.

12   The parties also agree that the initial case management conference should be continued by

13   approximately one month, to April 23, 2015, and that the other case deadlines associated with the

14   date to respond to the complaint and the initial case management conference should be adjusted

15   accordingly.

16   Accordingly, pursuant to Local Civil Rule 6-1, the parties stipulate, and respectfully

17   request an order from this Court, that defendants be given an extension until March 5, 2015 for

18   responding to the complaint, and that the initial case management conference be continued by

19   approximately one month, to April 23, 2015 at 10:00 a.m. (or 11:00 a.m. if any party files a

20   request to appear by telephone), or such other time as the Court deems appropriate.  All other

21   deadlines associated with the date to respond to the complaint and the initial case management

22   conference will be adjusted accordingly.

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

1    IT IS SO STIPULATED.

2                           **MORGAN, LEWIS & BOCKIUS LLP**

Dated: January 30, 2015

3

4                      By:_____*/s/ Christopher Banks*_____
                           Christopher Banks, Esq.
                           Attorneys for Plaintiff

5

6                           **THE ECLIPSE GROUP, LLP**

Dated: January 30, 2015

7                      By:_____*/s/ Edward F. O'Connor*_____
                           Edward F. O'Connor, Esq.

8                           Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                             3     STIPULATION TO EXTEND TIME FOR
                                      DEFENDANTS TO RESPOND TO
                            COMPLAINT AND CONTINUE INITIAL
                           CASE MANAGEMENT CONFERENCE
                            **CASE NO. 4:14-CV-04473-RS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any

signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated:  January __, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By:_____*/s/ Christopher Banks*_____

Christopher Banks, Esq.
Attorneys for Plaintiff

4

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
COMPLAINT AND CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

1

2

**[PROPOSED] ORDER**

3    Having reviewed the parties' stipulation submitted pursuant to Local Civil Rule 6-1, the

4    Court hereby grants the stipulated request to extend the deadline for defendants to respond to the

5    Complaint to March 5, 2015.  Further, the Court hereby grants the stipulated request to extend the

6    deadline for the initial case management conference by approximately one month, to April 23,

7    2015, at 10:00 a.m. (or 11:00 a.m. if any party files a request to appear by telephone).  All other

8    deadlines associated with the date to respond to the complaint and the initial case management

9    conference are adjusted accordingly.

10    PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12    Date: _____                    _____

13                                           The Honorable Richard Seeborg

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28