MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER J. BANKS (SBN 218779)
cbanks@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:  415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

THE ECLIPSE GROUP LLP
EDWARD F. O'CONNOR (SBN 213398)
efo@eclipsegrp.com
2020 Main Street, Suite 600
Irvine, CA 92614
Tel:  619.239.4340
Fax: 619.239.0116

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY CO., LTD., and APEX MICROELECTRONICS CO., LTD.,<br><br>    Defendants. | Case No. 4:14-cv-04473-RS<br><br>Before Judge Richard Seeborg<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Complaint served:  October 15, 2014<br>Current response due: February 3, 2015<br>New response due:  March 5, 2015 |

1  STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

On November 4, 2014 the parties stipulated to allow defendants until January 15, 2015 to respond to the complaint. [Doc. No. 10].

Subsequently, the parties began discussions to explore possible amicable resolution of this matter, and, in light of those discussions, filed a second stipulation, which the Court approved, extending the date for defendants to respond to the complaint to February 3, 2015, rescheduling the initial case management conference to March 19, 2015, and adjusting all other associated case deadlines accordingly. [Dkt. No. 16]

Because the parties have made further progress in their discussions regarding possible amicable resolution of this matter, the parties agree that there should be a further extension of approximately thirty (30) days for defendants to file an answer or other pleading in response to the complaint, to March 5, 2015.

The parties also agree that the initial case management conference should be continued by approximately one month, to April 23, 2015, and that the other case deadlines associated with the date to respond to the complaint and the initial case management conference should be adjusted accordingly.

Accordingly, pursuant to Local Civil Rule 6-1, the parties stipulate, and respectfully request an order from this Court, that defendants be given an extension until March 5, 2015 for responding to the complaint, and that the initial case management conference be continued by approximately one month, to April 23, 2015 at 10:00 a.m. (or 11:00 a.m. if any party files a request to appear by telephone), or such other time as the Court deems appropriate. All other deadlines associated with the date to respond to the complaint and the initial case management conference will be adjusted accordingly.

1     IT IS SO STIPULATED.

Dated: January 30, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher Banks*
    Christopher Banks, Esq.
    Attorneys for Plaintiff

**THE ECLIPSE GROUP, LLP**

Dated: January 30, 2015

By: */s/ Edward F. O'Connor*
    Edward F. O'Connor, Esq.
    Attorneys for Defendants

3

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
**CASE NO. 4:14-CV-04473-RS**

# ATTESTATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: January __, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher Banks*
    Christopher Banks, Esq.
    Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

Having reviewed the parties' stipulation submitted pursuant to Local Civil Rule 6-1, the Court hereby grants the stipulated request to extend the deadline for defendants to respond to the Complaint to March 5, 2015. Further, the Court hereby grants the stipulated request to extend the deadline for the initial case management conference by approximately one month, to April 23, 2015, at 10:00 a.m. (or 11:00 a.m. if any party files a request to appear by telephone). All other deadlines associated with the date to respond to the complaint and the initial case management conference are adjusted accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1/30/2015

_____
The Honorable Richard Seeborg