1  MORGAN, LEWIS & BOCKIUS LLP
   CHRISTOPHER J. BANKS (SBN 218779)
2  cbanks@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1596
   Tel:  415.442.1000
4  Fax: 415.442.1001

5  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

6
   THE ECLIPSE GROUP LLP
7  EDWARD F. O'CONNOR (SBN 213398)
   efo@eclipsegrp.com
8  2020 Main Street, Suite 600
   Irvine, CA 92614
9  Tel:  619.239.4340
   Fax: 619.239.0116

10
   Attorneys for Defendants
11 Ninestar Image Tech Limited et al.

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                        (SAN FRANCISCO)

16

| HEWLETT-PACKARD COMPANY, | Case No. 4:14-cv-04473-HSG |
|---|---|
| Plaintiff, | Before Judge Haywood S. Gilliam, Jr. |
| v. | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND THE PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY CO., LTD., and APEX MICROELECTRONICS CO., LTD., | Complaint served:      October 15, 2014<br>Current response due: March 5, 2015<br>New response due:      April 6, 2015 |
| Defendants. | |

WHEREAS, Plaintiff Hewlett-Packard Company ("Plaintiff") filed its Complaint in this action on October 6, 2014 (Doc. No. 1);

WHEREAS, pursuant to a stipulation entered by the Court on February 2, 2015, the deadline for Defendants to respond to the Complaint is currently March 5, 2015 (Doc. No. 18);

WHEREAS, pursuant to the same stipulation entered by the Court on February 2, 2015, the parties' joint case management statement was previously due to be filed on April 16, 2015, which was seven days prior to the initial management conference previously scheduled for April 23, 2015 (Doc. No. 18);

WHEREAS, on February 13, 2015, this case was reassigned to the Honorable Haywood S. Gilliam, Jr., and the deadline for filing the joint case management statement was reset to March 2, 2015; and

WHEREAS, the parties are currently engaging in discussions to explore amicable resolution of this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and Defendants, pursuant to Local Civil Rule 6-1, that the deadline for Defendants to respond to the Complaint and the deadline for the parties to file the joint case management statement is extended to April 6, 2015.

| | | |
|---|---|---|
| 1 | | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | Dated: February 24, 2015 | |
| 3 | | By: */s/ Christopher J. Banks* |
| | | Christopher J. Banks, Esq. |
| | | Attorneys for Plaintiff |
| 4 | | **THE ECLIPSE GROUP, LLP** |
| 5 | Dated: February 24, 2015 | |
| 6 | | By: */s/ Edward F. O'Connor* |
| | | Edward F. O'Connor, Esq. |
| 7 | | Attorneys for Defendants |

3 | STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND THE PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT
**CASE NO. 4:14-CV-04473-HSG**

**FILER'S ATTESTATION**

I, Christopher J. Banks, am the ECF User whose identification and password are being used to file this Stipulation.  Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendants' counsel.

Dated:  February 24, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher J. Banks*
        Christopher J. Banks, Esq.
        Attorneys for Plaintiff

4

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND THE PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT
**CASE NO. 4:14-CV-04473-HSG**

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation submitted pursuant to Local Civil Rule 6-1, the Court hereby grants the stipulated request to extend the deadline for Defendants to respond to the Complaint, and for the parties to file the joint case management statement, to April 6, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 2/24/2015

*[signature]*

Honorable Haywood S. Gilliam, Jr.