MORGAN, LEWIS & BOCKIUS LLP
CHRISTOPHER J. BANKS (SBN 218779)
cbanks@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

THE ECLIPSE GROUP LLP
EDWARD F. O'CONNOR (SBN 213398)
efo@eclipsegrp.com
2020 Main Street, Suite 600
Irvine, CA 92614
Tel: 619.239.4340
Fax: 619.239.0116

Attorneys for Defendants
Ninestar Image Tech Limited et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NINESTAR IMAGE TECH LIMITED, NINESTAR TECHNOLOGY CO., LTD., and APEX MICROELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 4:14-cv-04473-HSG<br><br>Before Judge Haywood S. Gilliam, Jr.<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FILE JOINT CASE MANAGEMENT STATEMENT<br><br>Complaint served: October 15, 2014<br>Current response due: April 6, 2015<br>New response due: May 6, 2015 |

WHEREAS, Plaintiff Hewlett-Packard Company ("Plaintiff") filed its Complaint in this action on October 6, 2014 (Doc. No. 1);

WHEREAS, pursuant to a stipulation entered by the Court on February 24, 2015, the deadline for Defendants to respond to the Complaint and for the parties to file their joint case management statement is currently April 6, 2015 (Doc. No. 20);

WHEREAS, the parties continue to engage in discussions to explore amicable resolution of this matter, and in good faith believe that a further extension of the deadlines set forth above will assist their discussions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for Plaintiff and Defendants, pursuant to Local Civil Rule 6-1, that the deadline for Defendants to respond to the Complaint and the deadline for the parties to file the joint case management statement is extended by thirty (30) days, to May 6, 2015.

Dated: March 25, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Christopher J. Banks*
Christopher J. Banks, Esq.
Attorneys for Plaintiff

Dated: March 25, 2015

**THE ECLIPSE GROUP, LLP**

By: */s/ Edward F. O'Connor*
Edward F. O'Connor, Esq.
Attorneys for Defendants

**FILER'S ATTESTATION**

I, Christopher J. Banks, am the ECF User whose identification and password are being used to file this Stipulation. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of the document has been obtained from Defendants' counsel.

Dated: March 25, 2015

**MORGAN, LEWIS & BOCKIUS LLP**

By: *_/s/ Christopher J. Banks_*
Christopher J. Banks, Esq.
Attorneys for Plaintiff

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' stipulation submitted pursuant to Local Civil Rule 6-1, the Court hereby grants the stipulated request to extend by thirty (30) days the deadline for Defendants to respond to the Complaint, and for the parties to file the joint case management statement, to May 6, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/26/2015

Honorable Haywood S. Gilliam, Jr.